This Action was tryed at the last County Court, but Judgem$^t$ not untill now entred according to law, The Defend$^t$ being out of the Colony.

### PALMER cont$^a$ MIDGLEY

Lisle Palmer or his lawfull Attourny plaint. cont$^a$ the goods monys or Estate of John Midgeley Defend$^t$ for non payment of Sixteen pounds Eight Shillings and six pence or thereabout in money due by booke as may appeare w$^{th}$ damages: . . . The Iury . . . found for the plaint. Sixteen pounds eleven Shillings in money & costs of Court allowed twenty four Shillings three pence.

Execution issued 8th may. 1679.

This Action was tryed at the last County Court but Judgem$^t$ not untill now entred according to law The Defend$^t$ being out of the Colony.   [ 569 ]

### FOSTER cont$^a$ ROBSON

John Foster plaint. cont$^a$ Iohn Robson Defend$^t$ in an action of debt of Seventy eight pound eight Shillings and one penny in money due by bill bearing date. August. 8th 1678. under the hand of the s$^d$ Robson with damages: . . . The Jury . . . found for the plaint. Seventy Eight pound Eight Shillings one penny in money & costs of Court.

Execution issued. pr$^o$ May. 1679.

This Action was tryed at the last County Court but Judgem$^t$ not entred untill now according to law, The Defend$^t$ being out of the Colony.

### PITCHER cont$^a$ WYATT

John Pitcher plaint. cont$^a$ Nathaniel Wyatt Defend$^t$ for not performing his covenant in not bringing sutable matter at place for the finishing a parcell of worke to bee done by the s$^d$ John Pitcher nor paying the pay for doing the worke according to coven$^t$ whereby the plaint. is damnified at least Seven pound, all which will more fully appeare by the cov$^t$ dat$^d$ 28. Sept$^r$ 1677. . . . The Jury . . . found for the Defend$^t$ costs of Court.

### TOMLIN cont$^a$ ALLEIN

William Tomline plaint. cont$^a$ Henry Allein Defend$^t$ The plaint. was nonSuted upon non appearance.